# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0517. WILL STEVENSON v. BAC HOME LOANS SERVICING.**

This case began as a dispossessory action in magistrate court. Following an adverse ruling, defendant Will Stevenson appealed the magistrate court's decision to state court. In March 2013, the state court entered final judgment against Stevenson. He filed a motion for reconsideration in the state court, as well as a notice of direct appeal to this Court.[1] We dismissed the appeal because Stevenson was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Upon receiving the remittitur, the state court denied Stevenson's motion for reconsideration. He then filed this application for discretionary appeal. Once again, however, we lack jurisdiction.

An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). An order denying a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Moreover, a motion for reconsideration does not extend the time for filing an application to appeal. See *Harris v. State*, 278 Ga. 280, 282 n.3 (600 SE2d 592) (2004). Thus, in order to appeal, Stevenson had to file his application within 7 days of the state court's March 2013 final judgment. His failure to do so deprives us of jurisdiction over this application, which is hereby DISMISSED.

---

[1] See Case No. A13A1923, dismissed by Order of June 13, 2013.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 03, 2013*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*